Argued July 23, dismissed July 23, 1971

CITY OF PORTLAND, *Respondent, v.*
ALBERT J. GUNDERSON, *Appellant.*

487 P2d 109

*Gerald R. Pullen* and *Bernard K. Smith,* Portland, argued the cause and filed the brief for appellant.

*Richard A. Braman,* Senior Deputy City Attorney, Portland, argued the cause and filed the brief for respondent.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.

DISMISSED FOR LACK OF JURISDICTION.